# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00467-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    ATILANO AYALA,**

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the sentencing of Defendant Atilano Ayala has been RESET to **March 10, 2010 at 10:00 a.m.** in Courtroom A601 of the Arraj Courthouse.

    DATED:  February 1, 2010