**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00467-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    ATILANO AYALA,**

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to this Court's Minute Order (Doc. # 232), dated March 5, 2010, and a telephone conference between counsel and Chambers staff, the sentencing of Defendant Atilano Ayala has been RESET to **March 30, 2010 at 9:00 a.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED:  March 8, 2010